AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| ADAMS OFFSHORE, LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 09-0378-WS-B |
| CON-DIVE, LLC, et al | ) | |
| *Defendant* | ) | |

**13-0157**

**SECT. H MAG. 5**

2013 JAN 28 PM 3:28

LORETTA G. WHYTE
CLERK

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/16/2011.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 12/13/2012

CHARLES R. DIARD, JR.
*CLERK OF COURT*

*/s/ Tina Wood*
*Signature of Clerk or Deputy Clerk*

✓ Fee  46.80
___ Process
X  Dktd
___ CtRmDep
___ Doc. No.